# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6966 | **DATE** | 11/2/2004 |
| **CASE TITLE** | Rodney Gibson vs. Sharkey Transportation, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly, unless Gibson files in this Court's chambers on or before November 15, 2004 an explanation as to why his lawsuit qualifies for retention in this judicial district, this Court will transfer this action to the Central District pursuant to Section 1406.
(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | NOV 03 2004 | |
| ✓ | Notices mailed by judge's staff. | | date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | 2 |
| | Mail AO 450 form. | U.S. DISTRICT COURT | 11/2/2004 | |
| | Copy to judge/magistrate judge. | 2004 NOV -2 PM 11:03 | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |
Minute Order Form (06/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RODNEY GIBSON,                      )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   No.  04 C 6966
                                    )
SHARKEY TRANSPORTATION, INC.,       )
et al.,                             )
                                    )
            Defendants.             )

MEMORANDUM ORDER

Rodney Gibson ("Gibson") has filed a pro se Complaint of Employment Discrimination against Sharkey Transportation, Inc. and Shippers Rental Co., Inc., claiming that either or both (it is not clear which) discriminated against him based on his race. Because both defendants are located in Quincy, Illinois, it appears that this action should have been filed in the United States District Court for the Central District of Illinois pursuant to the venue provisions of 28 U.S.C. §1391(b):[1]

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Accordingly, unless Gibson files in this Court's chambers on or

---

[1] All further references to Title 28's provisions will simply take the form "Section--."

before November 15, 2004 an explanation as to why his lawsuit qualifies for retention in this judicial district, this Court will transfer this action to the Central District pursuant to Section 1406.

                                              Milton I. Shadur
                                              Senior United States District Judge

Date: November 1, 2004